*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  September 18, 2014          518209
_____

In the Matter of the Claim of
    DOREEN M. SALCIDO,
                    Respondent.

NICE N EASY GROCERY SHOPPES,          MEMORANDUM AND ORDER
    INC.,
                    Appellant.

COMMISSIONER OF LABOR,
                    Respondent.
_____


Calendar Date:  August 4, 2014

Before:  Garry, J.P., Egan Jr., Lynch, Devine and Clark, JJ.


_____


        Ferrara, Fiorenza, Larrison, Barrett & Reitz, PC, East
Syracuse (Craig M. Atlas of counsel), for appellant.

        Francis J. Smith, Albany, for Doreen M. Salcido,
respondent.


_____


        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed March 14, 2013, which ruled that claimant was
entitled to receive unemployment insurance benefits.

        Decision affirmed.  No opinion.

        Garry, J.P., Egan Jr., Lynch, Devine and Clark, JJ.,
concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court